## Commonwealth *v.* Moore, Appellant.

Argued

September 10, 1975. *Calvin S. Drayer, Jr.*, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., would quash the appeal.